**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7419**

---

AARON HOLSEY,

Plaintiff - Appellant,

versus

RICHARD KASTENDIECK, Individually and as
Assistant Attorney General for the State of
Maryland; SANDRA BOOSE, Individually and as
Case Management Supervisor at the central
laundry facility; MARK WILSON, Individually
and as a Case Management Specialist II
assigned at the central laundry facility,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge.
(CA-95-2360-K)

---

Submitted: December 14, 1995      Decided: January 17, 1996

---

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Aaron Holsey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Holsey v. Kastendieck</u>, No. CA-95-2360-K (D. Md. Aug. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>